IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | No. CIV S-10-2775-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| BAINS HIGHWAY 99 STORE, LLC, dba CHEVRON #209703, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pursuant to the stipulation of the parties filed on November 19, 2010, the deadline for defendant to answer or otherwise respond to plaintiff's complaint is extended to December 10, 2010.

IT IS SO ORDERED.

DATED: December 1, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1