IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FEEZOR, ) | |
| ) | 2:10-cv-02775-GEB-CMK |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING PLAINTIFF'S |
| ) | MOTION TO FILE FIRST AMENDED |
| BAINS HIGHWAY 99 STORE, LLC, ) | COMPLAINT[*] |
| ) | |
| Defendant. ) | |

On March 2, 2011, Plaintiff filed a motion for leave to file the First Amended Complaint attached to his motion, under Federal Rule of Civil Procedure ("Rule") 15(a)(2). (ECF No. 10.) Defendant failed to file an opposition or statement of non-opposition to Plaintiff's motion as required by Local Rule 230(c). Since the motion is unopposed and reason has not been proffered to deny it, the motion is GRANTED. Plaintiff has five days leave within which to file the amended complaint attached to his motion.

Dated: April 8, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1