IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARY FEEZOR,  )
             )   2:10-cv-02775-GEB-CMK
         Plaintiff,  )
             )
      v.     )   ORDER RE: SETTLEMENT AND
             )   DISPOSITION
BAINS HIGHWAY 99 STORE,  )
LLC dba CHEVRON #209703,  )
             )
         Defendant.  )
_____  )

Plaintiff filed a "Notice of Settlement" on June 17, 2011, in which he states: "the aforementioned matter . . . has been resolved[, and t]he parties anticipate filing a Stipulation for Dismissal within four to six weeks." (ECF No. 14.)

Therefore, a dispositional document shall be filed no later than July 29, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated:  June 17, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1